OLIVER NAAS et al., Copartners Doing Business under the Name of NAAS & ST. JOHN, Respondents, v. NEW YORK CO-OPERATIVE SEED POTATO ASSOCIATION, INC., Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover for merchandise sold and delivered.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

In the Matter of the Estate of CHARLES H. PALMER, JR.— Orders affirmed, with $10 costs and disbursements. All concur. (The first order appoints a special guardian and the second order resettles the first order.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.